**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6592**

---

CARNELL HUNNICUTT,

Plaintiff - Appellant,

and

UNITED STATES OF AMERICA,

Intervenor/Plaintiff,

versus

VIRGINIA DEPARTMENT OF CORRECTIONS; R. A. YOUNG; S. K. YOUNG; A. P. HARVEY; T. YATES; R. B. PHILLIPS,

Defendants - Appellees,

and

CHAPLAIN MITCHELL,

Defendant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge. (CA-01-379-7)

---

Submitted:  June 23, 2004        Decided:  December 16, 2004

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carnell Hunnicutt, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Susan Foster Barr, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carnell Hunnicutt appeals the district court's order denying relief on his complaint filed under 42 U.S.C. § 1983 (2000) and the Religious Land Use and Institutionalized Persons Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hunnicutt v. Virginia Dep't of Corr., CA-01-379-7 (W.D. Va. Mar. 19, 2004; Apr. 17, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED